# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ELITE GAMING TECHNOLOGY, LLC, | § |
| *Plaintiff*, | § |
| v. | §   Case No. 2:20-cv-00061-JRG-RSP |
| GIGA-BYTE TECHNOLOGY CO., LTD., | § |
| *Defendant*. | § |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Dkt. No. 13) (the "Notice"). In the Notice, Plaintiff notifies the Court that the above-captioned case against Giga-Byte Technology Co., Ltd. has been voluntarily dismissed pursuant to Rule 41(a)(1)(A)(i).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Mar 25, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE